UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO. 4:09CR214 |
| | ) | |
| -vs- | ) | |
| | ) | |
| HENRY CHAVEZ, | ) | |
| | ) | ORDER AMENDING |
| Defendants | ) | CONDITIONS OF RELEASE |

     The Defendant, Henry Chavez, was arraigned before this Court on Monday, June 15, 2009 upon an Indictment filed charging a violation of 18 U.S.C. § 2252(a)(2). The Defendant pled not guilty to Count 1 of the Indictment and was released on a $20,000 unsecured bond.

     The Court entered its Order Setting Conditions of Release, ECF Doc. No. 4, and amends its order to include:

<u>Computer/Internet Restriction</u>

     The Defendant is prohibited from accessing any 'on-line' computer service at any location (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court.  This includes any Internet Service provider, bulletin board system or any other public or private computer network.  Any approval shall be subject to conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval.

     The Defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his computer(s), at the Defendant's expense, any hardware/software to monitor his computer use or prevent access to particular materials. The Defendant consents to periodic inspection of any such installed hardware/software to insure it is functioning properly.

   The Defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about the Defendant's entire computer system (hardware/software); all passwords used by him; and the Defendant's Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

   IT IS SO ORDERED.

               <u>s/Christopher A. Boyko</u>
               Christopher A. Boyko
               U.S. District Court Judge

June 18, 2009